IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE JENSEN,<br><br>   Plaintiff,<br>  v.<br><br>CAROLYN W. COLVIN,<br><br>   Defendant | No. C-13-3446 MMC<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

   In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.  See Civil L.R. 73-1(b).

   Accordingly, the parties are hereby DIRECTED to advise the Court, no later than November 12, 2013, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1]  For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.  The parties are further advised that they may jointly request assignment to a specific magistrate judge.

   **IT IS SO ORDERED.**

Dated:  October 31, 2013

MAXINE M. CHESNEY
United States District Judge

---

   [1]Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference.  Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.