HARVEY P. SACKETT

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANNETTE Y. JENSEN, | ) | No.: 3:13-cv-03446 MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER FOR |
| | ) | DISMISSAL |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

////

///

//

/

STIPULATION AND ORDER FOR DISMISSAL

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: January 30, 2014 | /s/<br>SUSAN L. SMITH<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for the Defendant |
| Dated: January 31, 2014 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>ANNETTE Y. JENSEN |

IT IS SO ORDERED.

Dated: February 3, 2014

HON. MAXINE M. CHESNEY
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL